# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# YOUNGSTOWN DIVISION

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER CHAPTER 13 |
| PAUL MELIA, JR. | CASE NO: 16-41074 |
| DEBTOR | JUDGE: KAY WOODS |

## NOTICE OF MOTION FOR RELIEF FROM STAY

Wells Fargo Bank, National Association, as Trustee for Option One Woodbridge Loan Trust 2002-1, Asset Backed Certificates, Series 2002-1 has filed papers with the Court to obtain relief from the automatic Bankruptcy Stay. The preliminary hearing on this matter, if any is required, is set for August 24, 2017 at 10:30 AM at the United States Bankruptcy Court, Nathaniel R. Jones Federal Building and U.S. Courthouse, 10 East Commerce Street, Youngstown, OH 44503.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the Court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before August 17, 2017, you or your attorney must:

File with the court a written request for hearing and a written response setting forth the specific grounds for objection at:

Clerk of Courts
United States Bankruptcy Court
Nathaniel R. Jones Federal Building and U.S. Courthouse
10 East Commerce Street
Youngstown, OH 44503

If you mail your request and response to the court for filing, **you must mail it early enough so the court will receive it** on or before the date stated above. The Court's mailing address is Nathaniel R. Jones Federal Building and U.S. Courthouse, 10 East Commerce Street, Youngstown, OH 44503.
You must also mail a copy to:

| | |
|---|---|
| Michael A. Gallo | Shapiro, Van Ess, Phillips & Barragate, LLP |
| 5048 Belmont Avenue | 4805 Montgomery Road, Suite 320 |
| Youngstown, OH 44505 | Norwood, OH 45212 |

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or object and may enter an order granting that relief.

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a copy of the foregoing was served, on the 21st day of July, 2017, to the following:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Michael O. Kivlighan, on behalf of Paul Melia, Jr., debtor(s), at mike@kivlighanlaw.com

Michael A. Gallo, on behalf of the Chapter 13 Trustee's office at mgallo@gallotrustee.com

United States Trustee at Registered address @usdoj.gov

And by regular U.S. mail, postage prepaid, on:

Paul Melia, Jr., 4007 Burkey Road, Youngstown, OH 44515

Katherine Melia, 4007 Burkey Road, Youngstown, OH 44515

Daniel Yemma, 120 Market Street, Youngstown, OH 44503

/s/ Chris E. Manolis
Shapiro, Van Ess, Phillips & Barragate, LLP
Chris E. Manolis (OH-0076197)
4805 Montgomery Road, Suite 320
Norwood, OH 45212
Phone: (513) 396-8100
Fax: (847) 627-8805
Email: cmanolis@logs.com